# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0968. JOSHUA GASKIN v. THE STATE.

Joshua Gaskin pleaded guilty to a charge of theft by taking and was sentenced as a first offender to three years on probation. The State subsequently filed a petition alleging that Gaskin had committed a number of new criminal offenses and seeking to revoke both Gaskin's first offender status and his probationary sentence. On September 25, 2025, the trial court granted the State's motion, revoked Gaskin's sentence under the first offender statute, and re-sentenced him to five years, with four to be served in confinement and the balance on probation. Gaskin filed this direct appeal from the trial court's order on December 5, 2025. We lack jurisdiction for two reasons.

First, Gaskin has no right of direct appeal from the trial court's order. Instead, appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013). And because compliance with the discretionary appeals procedure is jurisdictional, failure to comply with that procedure, where applicable, requires dismissal of the appeal. *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021).

Even if Gaskin were entitled to a direct appeal, however, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Gaskin did not

file his notice of appeal until 71 days after entry of the trial court's order, meaning that his appeal is untimely.

 Given our lack of jurisdiction, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta,* 01/15/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*